# Court of Appeals
# of the State of Georgia

ATLANTA,  June 10, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1475. ANTHONY MYERS v. LANDING SQUARE MULTIFAMILY, LP.

Landing Square Multifamily, LP filed this dispossessory action against Anthony Myers in state court, seeking unpaid rent and possession of the premises. On April 18, 2024, the state court entered judgment in favor of Landing Square, and on May 2, Myers filed a notice of appeal to this Court. We lack jurisdiction because the notice of appeal was not timely filed.

Generally, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). Under OCGA § 44-7-56, however, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Myers's notice of appeal is untimely, as it was filed 14 days after entry of the judgment to be appealed. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  06/10/2024*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*